IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:08CR0010-RLV-DSC-5

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| YONEL ASTELLO-POSADA | ) | |
| | ) | |

Defendant moved by letter motion (Doc. 234) filed September 21, 2011, for provision to him of certain documents pertaining to his case under the Freedom of Information Act. However, as it appears his case has since moved through stages of appeal which would have entailed his access to sufficient documents in support thereof, and he is scheduled for release April 18, 2019.

NOW, THEREFORE, his Motion has become moot and is hereby DENIED and DISMISSED.

Signed: May 22, 2018

Richard L. Voorhees
United States District Judge